IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHIQUITA WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | 8:24-CV-461<br><br>JUDGMENT |

  Pursuant to the order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $1,629.62.

  Dated this 22nd day of May, 2025.

BY THE COURT:

_/s/ John M. Gerrard_
John M. Gerrard
Senior United States District Judge